

**ORDERED in the Southern District of Florida on December 11, 2019.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| **In Re:** | **PROCEEDING UNDER CHAPTER 13** |
| **Alipio Rensol Rodriguez Garcia,** | **CASE NO.: 19-21264-BKC-LMI** |
|        **Debtor.**   / | |

**ORDER CONTINUING DEBTOR'S MOTION TO VALUE AND
DETERMINE SECURED STATUS OF LIEN OF
THE INTERNATIONAL CONDOMINIUM . ON REAL PROPERTY (DE #23)**

THIS CASE came to be heard on December 3, 2019, at 9:00 a.m. on Debtor's Motion to Value and Determine Secured Status of Lien Of The International Condominium on Real Property (Value of Collateral: $106,000) [DE #23] and based on the record it is ordered:

**ORDERED** as follows:

1.    That Motion to Value is continued to January 7, 2020 at 9:00 a.m. in the United States Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 N. Miami Avenue, Miami, FL  33128.

2. That the Debtor will provide the Creditor a copy of their appraisal or valuation support within 7 days after the date of the first hearing set on this matter unless the documentation was attached to the motion or served on the Creditor prior to the first hearing.

3. That the Debtor will make the collateral available for inspection and appraisal to the Creditor within 21 days of the date of the first hearing set on this matter at a mutually agreed upon time and date.

4. The Creditor will provide a copy of its appraisal to the Debtor or the attorney for the Debtor at least 7 days prior to the continued hearing.

5. Failure to comply with this order, including refusing to provide access to the collateral or timely providing an appraisal, may result in the limiting or striking of evidence and testimony at the valuation hearing; the Court may limit the evidence at trial to the information exchanged prior to the second hearing. Alternatively, the Court may rule on valuation at the continued hearing rather than setting a separate evidentiary proceeding.

6. If either party wishes to raise any legal issue regarding the motion to value, they shall file a notice or objection with a brief summary of the issue at least 2 business days prior to the continued hearing unless a written objection to the motion to value or objection to confirmation setting forth the legal issue is already on docket.

###

Submitted By:

**Law Offices of Patrick L. Cordero, P.A.**
Counsel for the Debtor
7333 Coral Way
Miami, FL 33155
(305) 445-4855
(305) 445-9483
    /s/  (FILED CM/ECF)
PATRICK L. CORDERO, ESQ
FL Bar No. 801992

Attorney Patrick L. Cordero, Esq. is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.